**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

SHEILA ANDERSON,

    Plaintiff,

v.                                                                          Case No: 2:12-cv-638-Ftm-29SPC

TARGET CORPORATION,

    Defendant.

_____/

## ORDER

This matter comes before the Court on Defendant's Uncontested Motion for Enlargement of All Case Management Deadlines (Doc. #13) filed on March 4, 2013. The Parties jointly request an extension of the deadlines in this matter due to the fact that Plaintiff is scheduled to undergo surgery in late May 2013, and will be going through physical therapy through the end of August 2013. The Parties have agreed to postpone discovery until such time as Plaintiff has undergone surgery and completed treatment. Extending the deadlines as requested by the Parties would allow this Track Two case to be tried within two years of filing. The Court finds good cause to allow an extension but so that this matter may be tried in July 2014, the discovery deadline will be in February 2014, instead of March 2014 as requested by the Parties.

    Accordingly, it is now

    **ORDERED:**

Defendant's Uncontested Motion for Enlargement of All Case Management Deadlines (Doc. #13) is **GRANTED in part**. The deadlines in this matter are extended as follows:

| | |
|---|---|
| Disclosure of expert reports<br><br>　　　　　　　　　　　　　Plaintiff:<br>　　　　　　　　　　　　　Defendant: | <br><br>**December 9, 2013**<br>**January 10, 2014** |
| Mediation Deadline | **December 2, 2013** |
| Discovery Deadline | **February 3, 2014** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **March 3, 2014** |
| Meeting In Person to Prepare Joint Final Pretrial Statement | **May 19, 2014** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **June 2, 2014** |
| Joint Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **June 2, 2014** |
| Final Pretrial Conference　　　　　Date:<br>　　　　　　　　　　　　　　　　　Time:<br>　　　　　　　　　　　　　　　　　Judge: | **June 23, 2014**<br>**9:00am.**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **July 1, 2014** |
| Estimated Length of Trial | **3 days** |
| Jury/Non Jury | **Jury** |

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of March, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　*Sheri Polster Chappell*
　　　　　　　　　　　　　　　　　　　　　　　　　SHERI POLSTER CHAPPELL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2